**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WILLIE C. CUYLER,

        Plaintiff,

v.                                  CASE NO.  4:12cv601-RH/CAS

DEPUTY MARK McGOWAN et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

      This case is before the court on the magistrate judge's report and recommendation, ECF No. 8.  No objections have been filed.  As correctly noted in the report and recommendation, the plaintiff has not paid the filing fee, has not *properly* applied for—or shown a sufficient factual basis for—leave to proceed *in forma pauperis*, and has failed to comply with a court order.  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

      SO ORDERED on April 4, 2013.

                              s/Robert L. Hinkle_____
                              United States District Judge